# IN THE SUPREME COURT OF TEXAS

No. 17-0944

IN RE M.B.

On Petition for Writ of Mandamus

**ORDERED:**

1.      Relator's motion for temporary relief, filed November 20, 2017, is granted as supplemented.  The order dated October 18, 2017, in Cause No. 12-17-00214-CV, styled *In re E.B.*, in the Twelfth Court of Appeals District Tyler, Texas, is stayed pending further order of this Court.

2.      The real party in interest is requested to respond to relator's petition for writ of mandamus on or before December 15, 2017.

3.      The petition for writ of mandamus remains pending before this Court.


Done at the City of Austin, this November 30, 2017.

Blake A. Hawthorne

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK


**FILED**

11/30/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**